IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION H-05-2243 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| | § | |
| Plaintiff. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 27th day of July, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge